

# UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

James M. Johnston, Jr.
Chief U.S. Probation Officer

REPLY TO:472-C Western Blvd
Jacksonville, NC 28546-6862
910-346-5255, ext. 225
Fax: (910) 347-9136

DATE: August 14, 2008

FROM: C. Lee Meeks, Jr.
U.S. Probation Officer

SUBJECT: LAMB, Charles A.
7:03-CR-38-1F

TO: The Honorable James C. Fox
Senior U.S. District Judge

On September 3, 2003, after an earlier plea of guilty to Making a False Statement or Fraud to Obtain Federal Employee's Compensation Greater Than $1,000, Lamb was sentenced to 5 years probation with the following special conditions: 1) abide by all conditions and terms of the home incarceration program for a period not to exceed 180 consecutive days; 2) submit to warrantless searches; and 3) pay $69,297.65 restitution and a $100 special assessment.

While on probation, the defendant has complied with the terms of supervision. Lamb completed the home incarceration program and paid the special assessment. Probation is due to expire September 2, 2008, and restitution in the amount of $52,091.62 remains due. The defendant faithfully submitted monthly payments of $200 as ordered by the court until March 2008, at which time we received notice that the Department of the Treasury began garnishing Lamb's social security disability ($224.55) and federal retirement benefits ($200) per month, to be applied to the restitution in this case. Consequently, the deduction was authorized as payment in lieu of the defendant submitting monthly payments.

After consultation with the U.S. Attorney's Office, it is recommended that Lamb's case be allowed to expire as scheduled on September 2, 2008. The defendant's benefits will be garnished monthly for restitution purposes. I remain available should the court have any questions regarding this case.

Reviewed and approved,

/s/Rick Marshburn
Rick Marshburn
Supervising U.S. Probation Officer

**DECISION OF THE COURT**

✓ Agree with officer recommendation

___ Take the following action:

_/s/ James C. Fox_
James C. Fox
Senior U.S. District Judge